Fill in this information to identify the case:

Debtor name    Fieldstone A&E LLC

United States Bankruptcy Court for the:    EASTERN DISTRICT OF MICHIGAN

Case number (if known): _____

☐ Check if this is an

amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).   Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Avea Pointe Homeowners Association, Inc. 3903 Northdale Blvd., Suite 250W Tampa, FL 33624 | vanderson@balljanik.com; nvargo@balljanik.com | Pending litigation | Contingent Unliquidated Disputed | | | $0.00 |
| Boyette Park Homeowners Association, Inc c/o Greg K. Demers 201 E Pine Street Suite 600 Orlando, FL 32801 | Attn: Greg K. Demers gdemers@balljanik.com; pjoseph@balljanik.com (407) 455-5664 | Pending Litigation | Contingent Unliquidated Disputed | | | $0.00 |
| Brian Smith 1332 W. Gray Street, Unit 2 Tampa, FL 33606 | kfantetti@stockhamlawgroup.com | Notice of claim | Contingent Unliquidated Disputed | | | $0.00 |
| Cara Vreeland and Jordan Vreeland 1325 W. Fig Street, Unit 5 Tampa, FL 33606 | kfantetti@stockhamlawgroup.com | Notice of claim | Contingent Unliquidated Disputed | | | $0.00 |
| Del Webb at Lakewood Ranch Homeowners c/o Salvatore G. Scro 2033 Main Street, Suite 201 Sarasota, FL 34237 | Attn: Salvatore G. Scro sscro@balljanik.com; jlemole@balljanik.com (941) 807-8800 | Pending Litigation | Contingent Unliquidated Disputed | | | $0.00 |

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Four Seasons at Orlando Homeowners Assn. 7813 Four Seasons Blvd. Kissimmee, FL 34747 | dvalkenburg@shutts.com; jwhelan@shutts.com | Pending litigation | Contingent Unliquidated Disputed | | | $0.00 |
| Four Seasons at Parkland Homeowners Association, Inc. c/o Jeffrey S. Respler 201 Alhambra Circle Suite 1100 Coral Gables, FL 33134 | Attn: Jeffrey S. Respler jrespler@siegfriedrivera.com (305) 442-3334 | Pending Litigation | Contingent Unliquidated Disputed | | | $0.00 |
| Heron Preserve at Tradition Homeowners? Association, Inc. 10265 SW Captiva Drive Port Saint Lucie, FL 34987 | phowell@beckerlawyers.com | Notice of claim | Contingent Unliquidated Disputed | | | $0.00 |
| Jose Jarquin and Natalia Verdian 1325 W. Fig Street, Unit 3 Tampa, FL 33606 | kfantetti@stockhamlawgroup.com | Notice of claim | Contingent Unliquidated Disputed | | | $0.00 |
| Lakeview at Citrus Park Homeowners Association, Inc. c/o Ball Janik LLP 400 North Ashley Drive, Suite 2610 Tampa, FL 33602 | vanderson@balljanik.com; nvargo@balljanik.com (941) 807-8800 | Pending litigation | Contingent Unliquidated Disputed | | | $0.00 |
| Leo Niewierowski and Lesley Anne Phu 1325 W. Fig Street, Unit 1 Tampa, FL 33606 | kfantetti@stockhamlawgroup.com | Notice of claim | Contingent Unliquidated Disputed | | | $0.00 |
| North 1st Townhomes homeowners Association, Inc. c/o Jason W. Bruce 655 W. Morse Blvd, Suite 11 Winter Park, FL 32789 | jbruce@pursiano.com | Pending litigation | Contingent Unliquidated Disputed | | | $0.00 |

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

26-48494-tjt   Doc 4   Filed 07/30/26   Entered 07/30/26 12:12:55   Page 2 of 3

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Oliver Billault and Christel Billault 1325 W. Fig Street, Unit 4 Tampa, FL 33606 | kfantetti@stockhamlawgroup.com | Notice of claim | Contingent Unliquidated Disputed | | | $0.00 |
| Onyx and East Florida, LLC 1726 E 7th Ave., Suite 10 Tampa, FL 33605 | info@onyxandeast.com; flsales@onyxandeast.com | Pending litigation | Contingent Unliquidated Disputed | | | $0.00 |
| Peregrine Construction, LLC 669 1st Ave N, St. Saint Petersburg, FL 33701 | mfoster@pcgroupfl.com | Pending litigation | Contingent Unliquidated Disputed | | | $0.00 |
| Phillippi Landings C Condominium Association, Inc. c/o Benjamin S. Sachs 400 N. Ashley Drive Suite 2610 Tampa, FL 33602 | Attn: Benjamin Sachs bsachs@balljanik.com | Pending Litigation | Contingent Unliquidated | | | $0.00 |
| Prairie Meadows Homeowners Association Inc. c/o James A. D'Cruz 201 E Pine Street Suite 600 Orlando, FL 32801 | Attn: James A. D'Cruz jdcruz@balljanik.com (407) 455-5664 | Pending Litigation | Contingent Unliquidated Disputed | | | $0.00 |
| Reshma Indar and Mark Loaknauth 1325 W. Fig Street, Unit 2 Tampa, FL 33606 | kfantetti@stockhamlawgroup.com | Notice of claim | Contingent Unliquidated Disputed | | | $0.00 |
| Savanna at Lakewood Ranch Homeowners' Association, Inc. 9031 Town Center Pkwy. Bradenton, FL 34202 | phowell@beckerlawyers.com | Pending litigation | Contingent Unliquidated Disputed | | | $0.00 |
| Sunrise Preserve Homeowners Association, Inc. c/o Salvatore G. Scro 2033 Main Street Sarasota, FL 34237 | Attn: Salvatore G. Scro sscro@balljanik.com (941) 807-8800 | Pending Litigation | Contingent Unliquidated Disputed | | | $0.00 |

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy