**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION - DETROIT**

| | |
|---|---|
| **IN THE MATTER OF:**<br>Fieldstone A&E, LLC,<br>d/b/a Fieldstone Architecture & Engineering,<br>d/b/a Fieldstone A & E,<br><br>Debtor. | Bankruptcy Case No. 26-48494-tjt<br>Hon. Thomas J. Tucker<br>Chapter 11<br>*Subchapter V* |

**CERTIFICATE OF SERVICE**

I, Nuno Cardoso, depose and say that I am employed by Kurtzman Carson Consultants, LLC dba Verita Global ("Verita"), the claims and noticing agent for the Debtor in the above-captioned case.

On October 23, 2026, at my direction and under my supervision, employees of Verita caused to be served the following document via Electronic Mail upon the service lists attached hereto as **Exhibit A** and **Exhibit B**; and via First Class Mail upon the service lists attached hereto as **Exhibit C** and **Exhibit D**:

- **Order Extending Deadline for Certain Parties to Timely File Proofs of Claim** [Docket No. 93]

Dated: October 27, 2026

*/s/ Nuno Cardoso*
Nuno Cardoso
Verita
100 N. Pacific Coast Highway
Suite 100
El Segundo, CA 90245
Tel 310.823.9000

# Exhibit A

**Exhibit A**
**Special Service List**
**Served via Electronic Mail**

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| Top 20 Unsecured Creditor | Avea Pointe Homeowners Association, Inc. | c/o Wise Property Management | vanderson@balljanik.com; nvargo@balljanik.com |
| Top 20 Unsecured Creditor | Boyette Park Homeowners Association, Inc | c/o Greg K. Demers | gdemers@balljanik.com; pjoseph@balljanik.com |
| Top 20 Unsecured Creditor | Brian Smith | | kfantetti@stockhamlawgroup.com |
| Top 20 Unsecured Creditor | Cara Vreeland and Jordan Vreeland | | kfantetti@stockhamlawgroup.com |
| Subchapter V Trustee | Deborah L. Fish | | dfish@allardfishpc.com |
| Top 20 Unsecured Creditor | Del Webb at Lakewood Ranch Homeowners | c/o Salvatore G. Scro | sscro@balljanik.com; jlemole@balljanik.com |
| Taxing Authorities | Florida Dept of Revenue | Attn Bankruptcy Dept | emailDOR@floridarevenue.com; OGCBankruptcy@floridarevenue.com |
| Taxing Authorities | Florida Dept of Revenue | General Counsel, Mark Hamilton | TSP_BANKRUPTCY@DOR.STATE.FL.US |
| Top 20 Unsecured Creditor | Four Seasons at Orlando Homeowners Assn. | | dvalkenburg@shutts.com; jwhelan@shutts.com |
| Top 20 Unsecured Creditor | Four Seasons at Parkland Homeowners Association, Inc. | c/o Jeffrey S. Respler | jrespler@siegfriedrivera.com |
| Top 20 Unsecured Creditor | Heron Preserve at Tradition Homeowners Association, Inc. | | phowell@beckerlawyers.com |
| Taxing Authorities | Internal Revenue Service | | lakisha.c.burrell@irs.gov |
| Top 20 Unsecured Creditor | Jose Jarquin and Natalia Verdian | | kfantetti@stockhamlawgroup.com |
| Top 20 Unsecured Creditor | Lakeview at Citrus Park Homeowners Association, Inc. | c/o Ball Janik LLP | vanderson@balljanik.com; nvargo@balljanik.com |
| Top 20 Unsecured Creditor | Leo Niewierowski and Lesley Anne Phu | | kfantetti@stockhamlawgroup.com |
| Top 20 Unsecured Creditor | North 1st Townhomes homeowners Association, Inc. | c/o Jason W. Bruce | jbruce@pursiano.com |
| Office of the United States Trustee | Office of The United States Trustee | Kelley Callard | kelley.callard@usdoj.gov |
| Top 20 Unsecured Creditor | Oliver Billault and Christel Billault | | kfantetti@stockhamlawgroup.com |
| Top 20 Unsecured Creditor | Onyx and East Florida, LLC | | info@onyxandeast.com |
| Top 20 Unsecured Creditor | Peregrine Construction, LLC | Attn Matthew Foster | mfoster@pcgroupfl.com |
| Top 20 Unsecured Creditor | Phillippi Landings C Condominium Association, | c/o Benjamin S. Sachs | bsachs@balljanik.com |
| Secured Creditor/Attorneys for Bank of America | Plunkett Cooney | Douglas C. Bernstein | dbernstein@plunkettcooney.com |
| Top 20 Unsecured Creditor | Prairie Meadows Homeowners Association Inc. | c/o James A. D'Cruz | jdcruz@balljanik.com |
| Top 20 Unsecured Creditor | Reshma Indar and Mark Loaknauth | | kfantetti@stockhamlawgroup.com |
| Top 20 Unsecured Creditor | Savanna at Lakewood Ranch Homeowners' Association, Inc. | | phowell@beckerlawyers.com |
| Counsel for Mattamy Homes Corporation | Schafer and Weiner, PLLC | Leon N. Mayer | lmayer@schaferandweiner.com |
| Top 20 Unsecured Creditor | Sunrise Preserve Homeowners Association, Inc. | c/o Salvatore G. Scro | sscro@balljanik.com |

# Exhibit B

**Exhibit B**
**Affected Party Service List**
**Served via Electronic Mail**

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| Counsel for Parkview at Long Lake Ranch Homeowners Association, Inc., Citron Grove Homeowners Association, Inc., Prairie Meadows Homeowners Association, Inc., Boyette Park Homeowners Association, Inc., Phillippi Landings C Condominium Association, Inc., Avea Pointe Homeowners Association, Inc., Lakeview at Citrus Park Homeowners Association, Inc., Sunrise Preserve Homeowners Association, Inc., Woodleaf Hammock Townhomes Association, Inc. | Gold Lange, Majoros, Smalarz, PC | Jason P. Smalarz | jsmalarz@glmpc.com |

# Exhibit C

**Exhibit C**
**Special Service List**
**Served via First Class Mail**

| Description | CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip |
|---|---|---|---|---|---|---|---|---|
| Taxing Authorities | Alabama Department of Revenue | | 375 South Ripley Street | | | Montgomery | AL | 36104 |
| Taxing Authorities | Arizona Department of Revenue | | 1600 W. Monroe Street | | | Phoenix | AZ | 85007 |
| Taxing Authorities | Arizona Department of Revenue | | PO Box 29079 | | | Phoenix | AZ | 85038 |
| Top 20 Unsecured Creditor | Avea Pointe Homeowners Association, Inc. | c/o Wise Property Management | 3903 Northdale Blvd., Suite 250W | | | Tampa | FL | 33624 |
| Top 20 Unsecured Creditor | Boyette Park Homeowners Association, Inc | c/o Greg K. Demers | 201 E Pine Street Suite 600 | | | Orlando | FL | 32801 |
| Top 20 Unsecured Creditor | Brian Smith | | 1332 W. Gray Street, Unit 2 | | | Tampa | FL | 33606 |
| Top 20 Unsecured Creditor | Cara Vreeland and Jordan Vreeland | | 1325 W. Fig Street | Unit 5 | | Tampa | FL | 33606 |
| Subchapter V Trustee | Deborah L. Fish | | 211 West Fort St., Ste. 705 | | | Detroit | MI | 48226 |
| Top 20 Unsecured Creditor | Del Webb at Lakewood Ranch Homeowners | c/o Salvatore G. Scro | 2033 Main Street, | Suite 201 | | Sarasota | FL | 34237 |
| Taxing Authorities | Florida Department of Revenue | | P.O. Box 6440 | | | Tallahassee | FL | 32314-6440 |
| Taxing Authorities | Florida Dept of Revenue | Attn Bankruptcy Dept | 5050 West Tennessee St | | | Tallahassee | FL | 32399-0112 |
| Taxing Authorities | Florida Dept of Revenue | General Counsel, Mark Hamilton | PO Box 6668 | | | Tallahassee | FL | 32314-6668 |
| Top 20 Unsecured Creditor | Four Seasons at Orlando Homeowners Assn. | | 7813 Four Seasons Blvd. | | | Kissimmee | FL | 34747 |
| Top 20 Unsecured Creditor | Four Seasons at Parkland Homeowners Association, Inc. | c/o Jeffrey S. Respler | 201 Alhambra Circle | Suite 1100 | | Coral Gables | FL | 33134 |
| Taxing Authorities | Georgia Department of Revenue | | 2595 Century Parkway NE | | | Atlanta | GA | 30345-3173 |
| Taxing Authorities | Georgia Dept. of Revenue | | P.O. Box 740397 | | | Atlanta | GA | 30374 |
| Top 20 Unsecured Creditor | Heron Preserve at Tradition Homeowners Association, Inc. | | 10265 SW Captiva Drive | | | Port Saint Lucie | FL | 34987 |
| Internal Revenue Service | Internal Revenue Service | Centralized Insolvency Operation | PO Box 7346 | | | Philadelphia | PA | 19101-7346 |
| Taxing Authorities | Internal Revenue Service | | 985 Michigan Ave, M/S 15 | PO Box 330500 | | Detroit | MI | 48226-1128 |
| Taxing Authorities | Iowa Department of Revenue | | P.O. Box 10466 | | | Des Moines | IA | 50306-0466 |
| Taxing Authorities | Iowa Department of Revenue | | Hoover State Office Building | 1305 E. Walnut Street | | Des Moines | IA | 50319 |
| Taxing Authorities | Iowa Department of Revenue | | P.O. Box 10468 | | | Des Moines | IA | 50306 |
| Top 20 Unsecured Creditor | Jose Jarquin and Natalia Verdian | | 1325 W. Fig Street, Unit 3 | | | Tampa | FL | 33606 |
| Top 20 Unsecured Creditor | Lakeview at Citrus Park Homeowners Association, Inc. | c/o Ball Janik LLP | 400 North Ashley Drive, Suite 2610 | | | Tampa | FL | 33602 |
| Top 20 Unsecured Creditor | Leo Niewierowski and Lesley Anne Phu | | 1325 W. Fig Street, Unit 1 | | | Tampa | FL | 33606 |
| Taxing Authorities | Michigan Department of Labor | | 105 W. Allegan Street | | | Lansing | MI | 48933 |
| Taxing Authorities | Michigan Department of Treasury | | P.O. Box 30803 | | | Lansing | MI | 48909 |

**Exhibit C**
**Special Service List**
**Served via First Class Mail**

| Description | CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip |
|---|---|---|---|---|---|---|---|---|
| Taxing Authorities | Michigan Department of Treasury | | 430 W. Allegan St. | | | Lansing | MI | 48922 |
| Taxing Authorities | Michigan Dept of Treasury | Attn Litigation Liaison | Tax Policy Division | 2nd Floor, Austin Building | 430 West Allegan Street | Lansing | MI | 48922 |
| Taxing Authorities | Michigan Dept of Treasury | Collection/Bankruptcy Unit | PO Box 30168 | | | Lansing | MI | 48909 |
| Taxing Authorities | Michigan Dept of Treasury | Office of Collections | 430 W. Allegan Street | P.O. Box 30199 | | Lansing | MI | 48909 |
| Taxing Authorities | Minnesota Department of Revenue | | 600 N. Robert Street | Mail Station 1250 | | Saint Paul | MN | 55145 |
| Top 20 Unsecured Creditor | North 1st Townhomes homeowners Association, Inc. | c/o Jason W. Bruce | 655 W. Morse Blvd, Suite 11 | | | Winter Park | FL | 32789 |
| Taxing Authorities | North Carolina Department of Revenue | | P.O. Box 27431 | | | Raleigh | NC | 27611 |
| Taxing Authorities | North Carolina Department of Revenue | | P.O. Box 2743 | | | Raleigh | NC | 27602-2743 |
| Taxing Authorities | North Carolina Department of Revenue | | P.O. Box 25000 | | | Raleigh | NC | 27640 |
| Office of the United States Trustee | Office of The United States Trustee | Kelley Callard | 211 West Fort Street, Suite 700 | | | Detroit | MI | 48226 |
| Top 20 Unsecured Creditor | Oliver Billault and Christel Billault | | 1325 W. Fig Street, Unit 4 | | | Tampa | FL | 33606 |
| Top 20 Unsecured Creditor | Onyx and East Florida, LLC | | 1726 E 7th Ave., Suite 10 | | | Tampa | FL | 33605 |
| Top 20 Unsecured Creditor | Peregrine Construction, LLC | Attn Matthew Foster | 669 1st Ave N, St. | | | Saint Petersburg | FL | 33701 |
| Top 20 Unsecured Creditor | Phillippi Landings C Condominium Association, | c/o Benjamin S. Sachs | 400 N. Ashley Drive Suite 2610 | | | Tampa | FL | 33602 |
| Secured Creditor/Attorneys for Bank of America | Plunkett Cooney | Douglas C. Bernstein | 38505 Woodward Ave., Suite 100 | | | Bloomfield Hills | MI | 48304 |
| Top 20 Unsecured Creditor | Prairie Meadows Homeowners Association Inc. | c/o James A. D'Cruz | 201 E Pine Street Suite 600 | | | Orlando | FL | 32801 |
| Top 20 Unsecured Creditor | Reshma Indar and Mark Loaknauth | | 1325 W. Fig Street, Unit 2 | | | Tampa | FL | 33606 |
| Top 20 Unsecured Creditor | Savanna at Lakewood Ranch Homeowners' Association, Inc. | | 9031 Town Center Pkwy. | | | Bradenton | FL | 34202 |
| Counsel for Mattamy Homes Corporation | Schafer and Weiner, PLLC | Leon N. Mayer | 40950 Woodward Avenue | Suite 100 | | Bloomfield Hills | MI | 48304 |
| Taxing Authorities | South Carolina Department of Revenue | | P.O. Box 100151 | | | Columbia | SC | 29202-3151 |
| Top 20 Unsecured Creditor | Sunrise Preserve Homeowners Association, Inc. | c/o Salvatore G. Scro | 2033 Main Street | | | Sarasota | FL | 34237 |
| Taxing Authorities | Texas Comptroller of Public Accounts | Attn Bankruptcy Section | Lyndon B Johnson State Office Building | 111 East 17th St | | Austin | TX | 78774 |

# Exhibit D

**Exhibit D**
**Affected Party Service List**
**Served via First Class Mail**

| Description | CreditorName | CreditorNoticeName | Address1 | City | State | Zip |
|---|---|---|---|---|---|---|
| Counsel for Parkview at Long Lake Ranch Homeowners Association, Inc., Citron Grove Homeowners Association, Inc., Prairie Meadows Homeowners Association, Inc., Boyette Park Homeowners Association, Inc., Phillippi Landings C Condominium Association, Inc., Avea Pointe Homeowners Association, Inc., Lakeview at Citrus Park Homeowners Association, Inc., Sunrise Preserve Homeowners Association, Inc., Woodleaf Hammock Townhomes Association, Inc. | Gold Lange, Majoros, Smalarz, PC | Jason P. Smalarz | 24901 Northwestern Hwy; Ste. 444 | Southfield | MI | 48075 |